**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6744

THOMAS LEON TAYLOR,

Plaintiff - Appellant,

v.

OFC DEBRA LUZ, Correctional Officer; MAJOR J. SMITH; INTERNAL AFFAIRS, Investigations; TONYA JAMES, Warden; HENGER, Associate Warden; JENNIFER MCDUFFIE, Associate Warden; CAPTAIN BROWN, Hearing Officer; ARMSTRONG, Counsel Substitute; HOUGH, Hearing Officer; BERGARSO, Lieutenant,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Terry L. Wooten, Senior District Judge.  (0:22-cv-00256-TLW)

Submitted:  November 16, 2023                                   Decided:  November 22, 2023

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Leon Taylor, Appellant Pro Se.  Andrew Lindemann, LINDEMANN LAW FIRM, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Leon Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended that relief be denied and advised Taylor that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Although Taylor received proper notice and filed timely objections to the magistrate judge's recommendation, his objections were not specific to the particularized legal recommendations made by the magistrate judge, so appellate review is foreclosed. *See Martin*, 858 F.3d at 245 (holding that, "to preserve for appeal an issue in a magistrate judge's report, a party must object to the finding or recommendation on that issue with sufficient specificity so as reasonably to alert the district court of the true ground for the objection" (internal quotation marks omitted)).

2

Accordingly, we affirm the judgment of the district court.  We deny Taylor's motions to appoint counsel and for a temporary restraining order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*